# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,<br><br>Defendants. | Case No. 1:26-cv-04343-KES-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 12) |

Pending before the Court is the unopposed motion from Defendants Station Casinos LLC and Red Rock Resorts, Inc., seeking a three-day extension to answer the complaint.  (ECF No. 12.)  For good cause shown, the Court GRANTS the motion and ORDERS that these Defendants shall have through **August 7, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:  **July 31, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge