# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,<br><br>Defendants. | Case No. 1:26-cv-04343-KES-SAB<br><br>ORDER GRANTING SAMANTHA R. CARAVELLO'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 20) |

Before the Court is the application of Samantha R. Caravello—attorney for Nominal Defendants Station Casinos LLC and Red Rock Resorts, Inc.—for admission to practice *pro hac vice*. L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge