UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION; UNITED STATES NATIONAL INDIAN GAMING COMMISSION; NORTH FORK RANCHERIA OF MONO INDIANS; STATION CASINOS LLC, a Nevada limited liability corporation; RED ROCK RESORTS, INC., a Delaware corporation; SC MADERA MANAGEMENT, LLC, a California corporation; and DOES 1-10,

Defendants.

No. 1:26-cv-04343-KES-SAB

ORDER GRANTING LEAVE TO FILE SUR-REPLIES AND RESETTING HEARING DATE

Docs. 52, 53

Defendant North Fork Rancheria of Mono Indians ("North Fork"), and defendants Station Casinos LLC, Red Rock Resorts, Inc., and SC Madera Management, LLC ("Nominal Defendants"), filed objections to plaintiff Picayune Rancheria of the Chukchansi Indians' ("Picayune") submission, with its reply brief in support of its motion for a preliminary injunction, of a Supplemental Declaration of Deann Kamalani. Doc. 52 at 2; Doc. 53 at 2. This declaration attached two exhibits that were not included in Picayune's opening motion. *See* Doc. 47-2.

"Where new evidence is presented in a reply . . . the district court should not consider the new evidence without giving the non-movant an opportunity to respond." *JG Douglas Cnty. School Dist.*, 552 F.3d 786, 803 n.14 (9th Cir. 2008) (cleaned up); *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996).

The Court GRANTS North Fork, the Nominal Defendants, and all other defendants, leave to file sur-replies to the Supplemental Declaration of Deann Kamalani and the exhibits attached thereto. Any sur-reply shall be filed by October 6, 2026.

The Court further ORDERS that the hearing on the motion for a preliminary injunction and stay and the motions to dismiss is reset to **October 9, 2026, at 1:30 p.m.** in Courtroom 6.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE