NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
SEAN D. UNGER (SBN 231694)
seanunger@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,

Defendants.

---

STATION CASINOS LLC, a Nevada limited liability corporation, et al.,

Nominal Defendants.

Case No. 1:26-cv-04343-KES-SAB

**NOTICE OF CASINO OPENING**

Judge: Hon. Kirk E. Sherriff
Courtroom: 6, 7th Floor

Action Filed: June 5, 2026
Trial Date: None

Pending before the Court is Plaintiff Picayune Rancheria of the Chukchansi Indians' (Picayune) motion for stay and preliminary injunction. ECF No. 34. Mindful that the matter is under submission, Picayune writes to inform the Court that Defendant North Fork Rancheria of Mono Indians (North Fork) has publicly announced that its casino will be opening on October 28, 2026 at 12:01 a.m.[1] A copy of the announcement appearing on North Fork's website is attached as **Exhibit A**.

Respectfully submitted,

DATED: October 19, 2026

PAUL HASTINGS LLP

By: ______________________________
NAVI SINGH DHILLON

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS

[1] North Fork Mono Casino, https://northforkmonocasino.com.

# EXHIBIT A

NORTH FORK MONO CASINO

OPENING DAY 8 DAYS 12 HOURS 40 MINUTES 31 SECONDS



OPENING DAY 8 DAYS 12 HOURS 40 MINUTES 31 SECONDS



# OPENING OCTOBER 28 AT 12:01AM

Discover Central California's newest place to play, North Fork Mono Casino in Madera, built to deliver bold and elevated experiences, and a welcoming atmosphere where every guest feels like a VIP.










