NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
SEAN D. UNGER (SBN 231694)
seanunger@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,

Defendants.

STATION CASINOS LLC, a Nevada limited liability corporation, et al.,

Nominal Defendants.

Case No. 1:26-cv-04343-KES-SAB

**PICAYUNE'S OPPOSITION TO FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD**

Judge: Hon. Kirk E. Sherriff
Courtroom: 6, 7th Floor

Action Filed: June 5, 2026
Trial Date: None

Plaintiff Picayune Rancheria of the Chukchansi Indians ("Picayune") respectfully opposes the Motion for Extension of Time to File Administrative Record (ECF No. 64) filed by the National Indian Gaming Commission and its Chair ("Federal Defendants"). Although under ordinary circumstances Picayune would be willing to agree to an extension, the Court is aware of Picayune's position on the need for prompt resolution of this case. Picayune already agreed to extend the deadline for Federal Defendants to respond to the pleadings by 28 days, which thereby extended the deadline for Federal Defendants to file the certified administrative record until October 26, 2026. *See* ECF No. 27; L.R. 261(a). Given ongoing prejudice to Picayune, Picayune cannot agree to an extension.

Respectfully submitted,

DATED: October 28, 2026

PAUL HASTINGS LLP

By: */s/ Navi Singh Dhillon*
NAVI SINGH DHILLON

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS