NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
SEAN D. UNGER (SBN 231694)
seanunger@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,

Defendants.

---

STATION CASINOS LLC, a Nevada limited liability corporation, et al.,

Nominal Defendants.

Case No. 1:26-cv-04343-KES-SAB

**NOTICE OF APPEAL**

**PRELIMINARY INJUNCTION APPEAL**

Notice is hereby given that Plaintiff Picayune Rancheria of the Chukchansi Indians appeals to the United States Court of Appeals for the Ninth Circuit from this Court's October 29, 2026, Order (Dkt. 66) (1) denying Plaintiff's Motion for a Preliminary Injunction and Stay, (2) granting the Nominal Defendants' Motion to Dismiss, and (3) granting North Fork's Motion to Dismiss in part.

Respectfully submitted,

DATED: October 30, 2026

PAUL HASTINGS LLP

By: */s/ Navi Singh Dhillon*
NAVI SINGH DHILLON

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS