# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Picayune Rancheria of the Chukchansi Indians

Name(s) of counsel (if any):

Navi Singh Dhillon, Christopher J. Carr, Sean D. Unger, and Lucas V. Grunbaum of Paul Hastings LLP

Address: 101 California Street, 48th Floor, San Francisco, CA 94111

Telephone number(s): (415) 856-7000

Email(s): navidhillon@paulhastings.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

The Chair of the National Indian Gaming Commission and United States National Indian Gaming Commission

Name(s) of counsel (if any):

Devon Lehman McCune of the United States Department of Justice

Address: 999 18th Street, North Terrace, Suite 600, Denver, CO 80202

Telephone number(s): (303) 358-8981

Email(s): devon.mccune@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

North Fork Rancheria of Mono Indians

Name(s) of counsel (if any):

Christopher E. Babbitt, Seth P. Waxman, Joshua A. Vittor, Mairead C. Ahlbach, and Nitisha Baronia of Wilmer Cutler Pickering Hale and Dorr LLP

Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037

Telephone number(s): (202) 663-6681

Email(s): christopher.babbitt@wilmerhale.com

---

Name(s) of party/parties:

Station Casinos LLC, Red Rock Resorts, Inc., and SC Madera Management, LLC

Name(s) of counsel (if any):

Matthew G. Adams, Samuel E. Kohn, William C. Mumby, Samantha R. Caravello, and Caitlin McCusker of Kaplan Kirsch LLP

Address: One Sansome Street, Suite 2250, San Francisco, CA 94104

Telephone number(s): (415) 907-8704

Email(s): madams@kaplankirsch.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*