**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,**
Plaintiff

v.

**CASE NO. 1:26−CV−04343−KES−SAB**

**THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, ET AL.,**
Defendant

You are hereby notified that a Notice of Appeal was filed on **October 30, 2026** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 2, 2026

**KEITH HOLLAND**
**CLERK OF COURT**

**by:** /s/ S. Sant Agata
Deputy Clerk