**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

**TO:** **CLERK, U.S. COURT OF APPEALS**

**FROM:** **CLERK, U.S. DISTRICT COURT**

**SUBJECT:** **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:26−CV−04343−KES−SAB** |
| USDC Judge: | **DISTRICT JUDGE KIRK E. SHERRIFF** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS vs. THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION** |
| Type: | **CIVIL** |
| Complaint Filed: | **6/5/2026** |
| Appealed Order/Judgment Filed: | **10/29/2026** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 10/30/2026 in the amount of $605.00**

Information prepared by: /s/ **S. Sant Agata , Deputy Clerk**