NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
SEAN D. UNGER (SBN 231694)
seanunger@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Plaintiff
PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,

Plaintiff,

v.

THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,

Defendants.

STATION CASINOS LLC, a Nevada limited liability corporation, et al.,

Nominal Defendants.

Case No. 1:26-cv-04343-KES-SAB

**ORDER GRANTING UNOPPOSED ADMINSTRATIVE MOTION TO CLARIFY PRIOR ORDER (DKT. 66)**

Judge: Hon. Kirk E. Sherriff
Courtroom: 6

Action Filed: June 5, 2026
Trial Date: None

Before the Court is an unopposed administrative motion made by Plaintiff Picayune Rancheria of the Chukchansi Indians ("Picayune") and Defendants Chair of the National Indian Gaming Commission and United States National Indian Gaming Commission (together, "Federal Defendants") for clarification of the Court's order of October 29, 2026, Dkt. 66, to facilitate entry of judgment. Having fully considered the matter, and good cause appearing, the Court orders as follows:

The Court determines that all claims made by Picayune against Federal Defendants fail for reasons set forth in this Court's October 29 order. Dkt. 66. Therefore, the Court hereby on its own motion dismisses Picayune's claims as to Federal Defendants, which are integrally related to the claims already dismissed by this Court. *Silverton v. Dep't of Treasury of the U.S.*, 644 F.2d 1341, 1345 (9th Cir. 1981); *Fazio v. Washington Mut. Bank, F.A.*, 713 F. App'x 671, 672 (9th Cir. 2018). For the avoidance of doubt, this order is without prejudice to the appellate rights of any party.

The Clerk of Court is directed to close this case. A separate judgment shall be entered forthwith.

IT IS SO ORDERED.

Dated: November 13, 2026

UNITED STATES DISTRICT JUDGE