UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE CHAIR OF THE NATIONAL INDIAN GAMING COMMISSION, et al.,<br><br>Defendants.<br><br>STATION CASINOS LLC, a Nevada limited liability corporation, et al.,<br><br>Nominal Defendants. | Case No. 1:26-cv-04343-KES-SAB<br><br>**JUDGMENT**<br><br>Judge: Hon. Kirk E. Sherriff<br>Courtroom: 6<br><br>Action Filed: June 5, 2026<br>Trial Date: None |

For the reasons set forth in the Court's written order of October 29, 2026, on motions to dismiss and a motion for a stay and preliminary injunction (Dkt. 66), Judgment is hereby entered in favor of Defendants Chair of the National Indian Gaming Commission, United States National Indian Gaming Commission, North Fork Rancheria of Mono Indians, Station Casinos LLC, Red Rock Resorts, Inc., and SC Madera Management, LLC, and against Plaintiff Picayune Rancheria of the Chukchansi Indians as to all claims asserted by Plaintiff in the operative First Amended Complaint (Dkt. 28).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

IT IS SO ORDERED.

Dated: November 13, 2026

UNITED STATES DISTRICT JUDGE